Janina M. Hoskins
P.O. Box 158
Middletown, CA 95461
Telephone: (707) 569-9508

Trustee in Bankruptcy

**FILED**

**FEB 16 2017**

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – San Francisco

| In re: | Case No. 10-30382 BLH |
|---|---|
| DILLON, HARI J. | Chapter 7 |
| | NOTICE OF UNCLAIMED DIVIDENDS |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $16,637.01. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 4 -1 | Internal Revenue Service<br>Insolvency, PO BOX 21126, Stop: N781<br>Philadelphia, PA 19114 | 2,000.00 | 2,000.00 |
| 3 -1 | Self Help Federal Credit Union<br>formerly Mission Area Fed. CU, 3269 Mission Street<br>San Francisco, CA 94110 | 85,551.29 | 1,853.62 |
| 20 -1 | Patience Moore<br>31 S. Fullerton Avenue, 3rd Floor,<br>Montclair, NJ 07042 | 590,000.00 | 12,783.39 |

Total Unclaimed Dividends   $16,637.01

Dated: February 7, 2017

Janina M. Hoskins, TRUSTEE